**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Nicole Davis
       Plaintiff,

v.               Case No.: 1:25−cv−13007
                  Honorable Manish S. Shah

May Lindstrom Skin, LLC
       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, December 9, 2025:

  MINUTE entry before the Honorable Manish S. Shah: Pursuant to the notice of voluntary dismissal, this case is dismissed with prejudice, without costs or fees. Terminate civil case. (mss)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.